```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 20298
   NAYATI M JOHNSON
   THERESA C WEBSTER                         CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6817     SSN XXX-XX-3421

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/04/2008 and was confirmed 10/29/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/04/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
ADT SECURITY SYSTEMS       UNSECURED     NOT FILED         .00           .00
CINGULAR WIRELESS          UNSECURED     NOT FILED         .00           .00
TCF NATIONAL BANK          UNSECURED     NOT FILED         .00           .00
AT&T WIRELESS              UNSECURED        868.61         .00           .00
BALLYS                     UNSECURED     NOT FILED         .00           .00
CHASE BANK USA NA          UNSECURED        566.71         .00           .00
CITIFINANCIAL              UNSECURED     NOT FILED         .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED       1430.00         .00           .00
COMCAST                    UNSECURED     NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED       1430.04         .00           .00
COMMONWEALTH EDISON        UNSECURED     NOT FILED         .00           .00
COMCAST                    UNSECURED     NOT FILED         .00           .00
LVNV FUNDING               UNSECURED        291.60         .00           .00
PREMIER BANKCARD           UNSECURED        449.70         .00           .00
FIRST REVENUE ASSURANCE    UNSECURED     NOT FILED         .00           .00
DIRECTV                    UNSECURED     NOT FILED         .00           .00
GREAT AMERICAN FINANCE     UNSECURED       2624.00         .00           .00
TCF NATIONAL BANK          UNSECURED     NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED        327.14         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        634.81         .00           .00
LOYOLA UNIVERSITY MEDICA   UNSECURED     NOT FILED         .00           .00
MAYWOOD FIRE DEPT          UNSECURED     NOT FILED         .00           .00
ASPIRE VISA                UNSECURED       1432.25         .00           .00
NICOR GAS                  UNSECURED     NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       2952.26         .00           .00
PLAINS COMMERCE BANK       UNSECURED        457.15         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        909.88         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        690.46         .00           .00
GE MONEY BANK              UNSECURED        686.68         .00           .00
TARGET NATIONAL BANK       UNSECURED        182.97         .00           .00
VILLAGE OF MAYWOOD         UNSECURED     NOT FILED         .00           .00
VILLAGE OF OAK PARK        UNSECURED     NOT FILED         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 20298 NAYATI M JOHNSON & THERESA C WEBSTER
```

```
ER SOLUTIONS INC         UNSECURED           396.55           .00            .00
WOLPOFF & ABRAMSON       UNSECURED       NOT FILED            .00            .00
UNIVERSAL LENDERS INC    UNSECURED           711.49           .00            .00
CITIFINANCIAL AUTO CREDI SECURED VEHIC    6000.00             .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    3705.68             .00            .00
EMC MORTGAGE             SECURED NOT I NOT FILED              .00            .00
TURNER ACCEPTANCE        SECURED VEHIC    3120.20             .00         150.00
VILLAGE OF MAYWOOD       SECURED           100.00             .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE NOTI NOT FILED              .00            .00
FINGERHUT DIRECT MARKETI UNSECURED          393.90            .00            .00
ANGELA HILL              NOTICE ONLY   NOT FILED              .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS   NOT FILED              .00            .00
GREAT AMERICAN FINANCE   SECURED             .00              .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,371.50                        2,419.20
TOM VAUGHN               TRUSTEE                                           200.04
DEBTOR REFUND            REFUND                                            230.77

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  3,000.01

PRIORITY                                                 .00
SECURED                                               150.00
UNSECURED                                                .00
ADMINISTRATIVE                                      2,419.20
TRUSTEE COMPENSATION                                  200.04
DEBTOR REFUND                                         230.77
                         ---------------       ---------------
TOTALS                   3,000.01                   3,000.01
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/09/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 08 B 20298 NAYATI M JOHNSON & THERESA C WEBSTER